IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00888-NRN

GINO LERNER, and
BRIAN AIGNER

Plaintiffs,
v.

DEAN WILLIAMS,
MICHELLE BRODEUR,
JOY HART, and
CHRISTINA ORTIZ-MARQUEZ,

Defendants.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*11:10 am, Jun 14, 2022*
**JEFFREY P. COLWELL, CLERK**

## WAIVER OF SERVICE OF SUMMONS

I acknowledge receipt of your request that I waived service of a summons in the action of <u>Lerner, et al v. Williams, et al</u> which is case number <u>22-cv-088-NRN</u> in the United States District Court for the District of Colorado, for the following defendants:

### DEAN WILLIAMS
### MICHELLE BRODEUR
### JOY HART
### CHRISTINA ORTIZ-MARQUEZ

I have also received a copy of the complaint in the action.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **06/13/2022**, (date request was sent), or within 90 days after that date if the request was sent outside the United States.

DATE:  <u>June 14, 2022</u>          SIGNATURE: _____

Teresa Reynolds
Legal Access & Litigation Manager
Colorado Department of Corrections
Office of Legal Services
on behalf of all defendant(s) listed above unless other wise noted below

Service **is not** waived and accepted as to the following defendants for the stated reason:
**Defendant Name, Address (if known), and Reason**