IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00888-NYW-NRN

GINO LERNER,
BRIAN AIGNER,

    Plaintiffs,

v.

MOSES ANDRE STANCIL,
MICHELLE BRODEUR,
KIMBERLY KLINE, and
AMANDA RETTING,

    Defendants.

## DECLARATION OF AMANDA RETTING

I, Amanda Retting, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of eighteen years and am a defendant in this lawsuit in my official capacity. I have personal knowledge of the facts set forth in this Declaration.

2. I am employed by the Colorado Department of Corrections ("CDOC") as the Program Administrator for the Sex Offender Treatment and Monitoring Program ("SOTMP").

3. I have been employed in this position since January 1, 2023.

4. As part of my job responsibilities, I assess the treatment needs of the CDOC sex offender population and allocate resources to meet the needs as efficiently as possible, provide oversight over the Global Referral List ("GRL") to ensure the

prioritization of offenders awaiting sex offender treatment is correct and review treatment files of inmates in sex offender treatment.

5. I am familiar with the CDOC's Administrative Regulation (AR) 700-19 concerning the SOTMP (attached hereto as **Exhibit 1**).

6. Under CDOC policy, offenders with a judicial determination of a sex crime who are within four years of their parole eligibility date are placed on the GRL and prioritized for sex-offense-specific treatment based upon: (a) parole eligibility date, (b) risk for sexual recidivism, (c) prior SOTMP treatment opportunities, and (d) institutional behavior. *See* Exhibit A, § IV.D.1 (p. 4).

7. I understand that the Court entered an order denying the Defendants' motion to dismiss Mr. Lerner and Mr. Aigner's Amended Complaint on or about May 23, 2023.

8. To assist with preparing an Answer to the Amended Complaint, I recently reviewed the sex offender treatment files of Mr. Lerner and Mr. Aigner.

9. I understand that Mr. Lerner and Mr. Aigner were on the GRL at the time they filed this lawsuit.

10. In my review of their files, I found that Mr. Lerner had progressed to the top of the GRL, enrolled in SOTMP, and began treatment in early 2023. A copy of Mr. Lerner's SOTMP Treatment Contract, signed and dated February 9, 2023, is attached hereto as **Exhibit 2**.

11. I also found that Mr. Aigner had progressed to the top of the GRL, enrolled in SOTMP, and began treatment in early 2023. A copy of Mr. Aigner's SOTMP

Treatment Contract, signed and dated February 27, 2023, is attached hereto as **Exhibit 3**.

   I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this <u>27th</u> day of June 2023 at <u>Colorado Springs, CO, USA</u>
              (City, State, Country)

*Amanda Retting*
Amanda Retting

3