| ADMINISTRATIVE REGULATION | REGULATION NUMBER | PAGE NUMBER |
|---|---|---|
| COLORADO DEPARTMENT OF CORRECTIONS | 700-19 | 1 OF 11 |
| | CHAPTER: Offender Health Services | |
| | SUBJECT: Sex Offender Treatment and Monitoring Program | |

| RELATED STANDARDS: | ACA Standards: 2-CO-4B-04, 2-CO-4E-01, 5-ACI-3D-10, 5-ACI-3D-12 | EFFECTIVE DATE: July 1, 2022 |
|---|---|---|
| | | SUPERSESSION: 12/1/19 |
| OPR: DCCS/DAP | REVIEW MONTH: MAY | *[signature]* Dean Williams, Executive Director |

I. **POLICY**

It is the policy of the Colorado Department of Corrections (DOC) to provide specialized sex offense specific treatment to identified offenders to reduce recidivism and enhance public safety by providing a continuum of identification, treatment, and monitoring services throughout incarceration.

II. **PURPOSE**

This administrative regulation (AR) establishes the general scope and limits of offenders with a sex offense treatment services provided to DOC offenders.

III. **DEFINITIONS**

A. <u>Administrative Determined Sexual Violence Treatment Needs</u>: An offender who has been identified as having sexual violence treatment needs through the classification review procedures due to an unadjudicated sexual abuse allegation. This includes S4 administrative reviews conducted by specially trained DOC personnel prior to July 1, 2008, and sexual violence treatment needs classification reviews conducted by an administrative hearing officer after July 1, 2008. An offender classified in this manner will have a sexual violence treatment needs code of S4.

B. <u>Cognitive Behavioral Therapy</u>: Therapy that addresses the offender's thoughts as a basis for changing feelings and behavior. New pro-social behavior patterns and problem solving skills are also developed.

C. <u>Continuity of Care</u>: Clinical process of the transfer of care of an offender from the primary treatment responsibility of one provider and/or multi-disciplinary team to another. Direct communication between providers and transmission of documentation of symptoms, risk issues, and treatment recommendations is included.

D. <u>Institutional Determined Sexual Violence Treatment Needs</u>: An offender who has been identified as having sexual violence treatment needs after a facility disciplinary conviction in the DOC or any other detention facility such as a jail, federal or other state correctional facility, community corrections agency, residential placement, or institution, before July 1, 2008. After July 1, 2008, an offender may also be classified if they have a sexual violence needs classification review as a result of institutional sexual offending behavior. Offenders classified in this manner will have a sexual violence treatment needs code of S3.

E. <u>Sex Offender</u>: An offender who has received judicial determination by conviction, adjudication, deferred judgment and sentence, per CRS 16-11.7-102, judicial finding of sexual factual basis, or requirement to register as a sex offender, per C.R.S. 16-22-103. An offender classified in this manner, is not entitled to a sexual violence needs classification review and has a sexual violence needs code of S5.

| CHAPTER | SUBJECT | AR # | Page 2 |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 07/01/22 |

F. Sexual Violence Needs Classification Review: A due process review of the offender's history concerning sexually abusive behavior that may result in a determination regarding sex offense classification.

G. Unadjudicated Sex Abuse Allegation: Information regarding behavior that indicates possible sexual abuse, but the offender has not been judicially, administratively, or institutionally determined to be an offender with a sex offense. This offender is entitled to a sexual violence needs classification review or may have already had due process and as a result is not subject to sex offense specific treatment. These cases have a sexual violence treatment needs code of S2.

IV. PROCEDURES

The Denver Reception and Diagnostic Center (DRDC) programmers and the Sex Offender Treatment and Monitoring Program (SOTMP) Intake Unit will gather and review relevant documents and classify offenders according to the sexual violence needs classification procedures outlined in AR 750-02, *Sexual Violence Needs Classification*.

A. SOTMP Treatment Qualifiers: Offenders classified as a S5 may be subject to recommendation for sex offense specific treatment. Offenders classified as a S3 or S4 may be subject to recommendation for the healthy boundaries group or sex offense specific treatment when clinically indicated. The following treatment qualifiers further identify SOTMP recommendations in sexual violence treatment needs classification. *[5-ACI-3D-12]*

1. **R – Ready:** The offender currently meets the SOTMP participation requirements.

2. **P – Pending:** The offender meets the SOTMP participation requirements but has previously been terminated, dropped out of treatment, refused SOTMP group placement, refused SOTMP screening, or is determined not to be amenable to treatment during the SOTMP screening. Offenders will be coded R-Ready when satisfactorily participating in SOTMP treatment for 30 days.

3. **D – Does Not Meet Criteria:** The offender does not meet the SOTMP participation requirements.

4. **I – Ineligible:** The offender has more than four years to their parole eligibility date and is not yet eligible for SOTMP. This includes life with no parole sentences.

5. **E – Evaluation:** More clinical information is required to assess the offender's risk to public safety prior to a decision regarding the needs and recommendations.

6. **T – Temporary:** The offender is being evaluated for possible classification review and cannot be recommended for sex offense specific treatment without due process afforded in AR 750-02, *Sexual Violence Needs Classification*.

7. **X – Excluded**: The offender has had a classification review that did not result in a sex offense classification; has had a judicial determination of "no sexual factual basis" or was acquitted of sexual abuse. Treatment will not be recommended unless there are facts from a separate allegation that may warrant a change in the sexual violence needs classification.

8. **L - Low:** The offender may have an administrative, judicial, or institutional determination of a sex offense, but are a low resource priority for SOTMP services at the current time. Offenders with unadjudicated sex abuse allegations may also be low resource priority for classification review. These offenders may have their priority reassessed at any time during incarceration, community, or parole.

9. **M- Medical/Mental Health**: The offender is in compliance with the SOTMP team recommendations, however, is unable to participate in sex offender treatment due to an existing and verified medical/mental health condition. This qualifier will be added after a medical and/or mental health assessment is completed by a health care provider or a mental health clinician in consultation with the SOTMP administrator or designee.

10. **F – Future:** The offender has a sexual behavior criminal case waiting judicial determination.

11. **N- Inactive:** The offender is currently not progressing in treatment and is being given the opportunity to continue treatment work through identifying and completion of treatment tasks. The impact of this qualifier on the offender is that they are still eligible for earned time subject to sex offender restrictions.

12. **J-Juvenile:** Juvenile adjudication of a sexual offense.

13. **A – ARMs** (Advanced Risk Management) Program: For those offenders who have returned to DOC after successfully completing SOTMP and are determined to benefit from the ARMs program. This will differentiate them on the Global Referral List (GRL) and make them easily identifiable.

B. <u>SOTMP Intake Unit Screening</u>: Upon admission to DOC, offenders with a sex offense conviction or allegation will be processed in the following manner:

1. DRDC programmers will initially establish a sexual violence needs code on all offenders. The codes may be re-evaluated by the SOTMP team.

2. DRDC programmers may consult the SOTMP Intake Unit for clarification and final determination.

3. The SOTMP Intake Unit will review relevant documents and request additional documents if necessary (e.g., law enforcement reports, court transcripts, and mental health evaluations/ reports) and determine if the offender will be recommended for sex offender treatment or, if necessary, refer the case for a team staffing with the SOTMP team.

4. The SOTMP Intake Unit will identify individuals who have previously completed the SOMB treatment progress criteria for parole and have returned to prison. These individuals will be reviewed for possible admission into the ARMS program.

C. <u>Recommendations for Treatment</u>: The following guidelines will be used in the recommendation of sex offense specific treatment for offenders in prison. Exceptions to these guidelines may be made on a case-by-case basis and approved by the SOTMP program administrator. Any approved exceptions will have proper documentation outlining the reasons for the exception.

1. Offenders classified as a S5, except those with an L qualifier will be recommended for the sex offense specific treatment.

2. Offenders classified as a S2 through S4 may be recommended for the healthy boundaries group.

3. To determine if an offender is a low resource priority (L qualifier), and not actively recommended for sex offense specific treatment in DOC, the SOTMP team will evaluate factors that may indicate continuing or diminished risk.

4. Unless continuing risk factors exist, offenders may be considered a low priority for treatment in DOC if they have a single sexual abuse allegation or a conviction that occurred more than ten years from the most recent admit date and have had five continuous unsupervised years in the community without any type of arrest. The SOTMP team will use clinical judgment when assessing risk indicators and protective factors. Some of the risk factors that may be considered include, but are not limited to the following:

    a. A prior sex offense conviction or a pattern of sexual abuse allegations;

    b. Perpetration of sexually abusive behavior in prison;

| CHAPTER | SUBJECT | AR # | Page 4 |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 07/01/22 |

      c. A history of further interpersonal violence demonstrating a continuing cycle of abuse;

      d. Sexual abuse that was particularly deviant, violent, sadistic, traumatic, or contains other significant factors.

5. Offenders who self-report a need for sex offense specific treatment, without any known history of sex offense behavior, will be notified of the consequences of self-reporting a sex offense and will be required to write out and sign a description of the sexual abuse.

6. Offender treatment and supervision recommendations as well as priority may be reassessed while the offender is in community corrections or on parole based upon increased need for public safety.

D. <u>Treatment Participation Requirements and Prioritization</u>: Sex offender treatment is cognitive-behavioral based therapy and adheres to the risk, needs, responsivity model of treatment. The SOTMP has established participation requirements and offenders who are recommended for sex offense specific treatment will be assessed by the SOTMP team to determine if they currently meet treatment participation requirements. This information may be used to assist in facility placement decisions. *[5-ACI-3D-10]*

1. Offenders with judicial determinations of a sex crime that are within four years of their parole eligibility date are prioritized for sex offense specific treatment based upon, but not limited to, the following:

   a. Parole eligibility date;

   b. Risk for sexual recidivism;

   c. Prior SOTMP treatment opportunities;

   d. Institutional behavior.

E. <u>Sex Offense Specific Evaluation</u>: The SOTMP team continually assesses individual treatment needs to determine appropriate treatment recommendations and individualized treatment goals.

1. SOTMP will utilize sex offense specific evaluations and/or updates which include, but not limited to, the following:

   a. Clinical interviews;

   b. Collateral information;

   c. Psychological testing;

   d. Sexual interest testing;

   e. Polygraph testing to identify treatment needs;

   f. Individualized treatment recommendations and plans.

F. <u>Sex Offender Treatment Tracks</u>: The SOTMP provides comprehensive assessment, evaluation, treatment, and monitoring services to sexual offenders who are motivated to eliminate sexual abuse behaviors. The SOTMP is responsible for assessing the offender's individual level of risk and treatment needs to determine the appropriate level of treatment. The SOTMP offers the following:

1. Modified Track I: A cognitive behavioral therapeutic group for very low to below average risk for sexual recidivism and treatment needs that addresses criminogenic factors associated with sexual offending behaviors. All offenders in

| CHAPTER | SUBJECT | AR # | Page 5 |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 07/01/22 |

this level of treatment will have the opportunity to meet all seven of the Sex Offender Management Board criteria that indicate positive progression in treatment.

    a. The goals include, but are not limited to, the following:

        1) The offender identifies factors that contribute to their sexually abusive behavior;

        2) The offender applies and incorporates the material learned in treatment into their lifestyle;

        3) The offender demonstrates a willingness to utilize the treatment program to make changes to prevent further sex offense behavior through participation in the treatment group and behavior in the institution;

        4) Further evaluation of the offender's treatment needs and dynamic risk level;

        5) The offender identifies their relapse cycle and methods for intervention in the cycle. They will have an opportunity to meet the lifetime supervision treatment progress criteria;

        6) The offender demonstrates management of identified risk factors.

2. Track 1: A cognitive behavioral therapeutic group for average risk for sexual recidivism and treatment needs that addresses criminogenic factors associated with sexual offending behaviors. All offenders in this level of treatment will have the opportunity to meet all seven of the Sex Offender Management Board criteria that indicate positive progression in treatment.

    a. The goals include, but are not limited to, the following:

        1) The offender identifies factors that contribute to their sexually abusive behavior;

        2) The offender applies and incorporates the material learned in treatment into their lifestyle;

        3) The offender demonstrates a willingness to utilize the treatment program to make changes to prevent further sex offense behavior through participation in the treatment group and behavior in the institution;

        4) Further evaluation of the offender's treatment needs and dynamic risk level;

        5) The offender identifies their relapse cycle and methods for intervention in the cycle. They will have an opportunity to meet the lifetime supervision treatment progress criteria;

        6) The offender demonstrates management of identified risk factors.

3. Track II: Offenders who have been assessed as above average to well above average risk for sexual recidivism and have more intensive treatment needs will be recommended for participation in Track II when clinically indicated. Track II is offered in the treatment community format at Centennial Correctional Facility. Track II provides cognitive behavioral treatment that addresses criminogenic factors correlated with sexual recidivism and focuses on changing distorted thinking patterns, behaviors, and assists offenders in developing effective relapse prevention plans (i.e. risk management plans).

    a. The goals include, but are not limited to:

        1) The offender receives further evaluation and collaborates with the treatment team to develop treatment plan goals that mitigate individual risk factors;

| CHAPTER | SUBJECT | AR # | Page 6 |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 07/01/22 |

    2) The offender applies and incorporates the material learned in treatment into their lifestyle;

    3) The offender identifies distorted thinking patterns and develops healthy alternatives;

    4) The offender demonstrates a commitment to behave as a pro-social, responsible member of the community;

    5) The offender realizes the importance of developing a balanced lifestyle and monitoring their thoughts and behaviors for the rest of their life;

    6) The offender identifies their specific high risk factors and methods for intervention in the cycle;

    7) The offender realizes the importance of sharing their relapse cycle and methods of intervention;

    8) The offender practices and incorporates a model for solving problems;

4. SOTMP offers specialized services to the following offenders with a sex offense:

    a. Female offenders;

    b. Youthful offenders;

    c. Spanish speaking offenders;

    d. Offenders with medical restrictions, hearing impairments, intellectual and developmental needs, and chronic mental illness.

    e. Additional specialized services may be offered based on individual need.

G. <u>SOTMP Recommendation for Progression to Community</u>: Sex offender treatment in the prison setting is preliminary and is continued in the community after release from prison. Since offenders cannot complete treatment in a facility, the SOTMP has developed criteria for offenders to receive a recommendation for release to parole. In accordance with the Risk, Need, Responsivity Model, the SOTMP has developed risk based criteria formats. Offenders with a sex offense participating in the SOTMP must meet all of the following criteria to receive a recommendation for release to parole from the SOTMP team. SOTMP, as a result of team staffing, will provide documentation regarding progression to community based on the offender's behavior, successful progress in treatment, and Sex Offender Management Board Standards.

    1. Very Low to Average Risk Categories

        a. Participate and actively engage in recommended level of sex offense specific treatment.

        b. Complete a disclosure of their offense related sexual history relevant to identified risk areas as verified through either the sexual history polygraph process or other clinical indicators.

        c. Develop a plan to manage ongoing risk areas and treatment needs. The plan must be approved by the SOTMP team.

        d. Present an approved risk management plan through a SOTMP disclosure session.

        e. Demonstrate management of identified risk areas as verified by clinical indicators.

        f. Must be compliant with any DOC psychiatric recommendations for medication which may enhance their ability to benefit from sex offense specific treatment.

| CHAPTER | SUBJECT | AR # | Page 7 |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 07/01/22 |

  g. Demonstrate management of identified high risk factors. The offender does not display attitudes, behaviors, or risk factors that negatively impact their ability to be safely supervised in the community and does not present an undue risk to the community. Examples may include, but are not limited to, high degrees of traits associated with psychopathy, sadism and dynamic factors, or responsivity needs elevated to an unmanageable level.

2. Above Average to Well Above Average Risk Categories

  a. Participate and actively engage in recommended level of sex offense specific treatment as evidenced by a measured reduction in dynamic risk.

  b. Complete a disclosure of their offense related sexual history relevant to identified risk areas as verified through either the sexual history polygraph process or other clinical indicators.

  c. Complete a comprehensive written plan to manage ongoing risk areas and treatment needs. The plan must be approved by the SOTMP team.

  d. Have an approved support person or system who has participated in SOTMP Family Support Education. The support person/system will receive an approved copy of the offender's written plan to manage on-going risk areas and treatment needs through their participation in an SOTMP therapist facilitated disclosure. The offender will present an approved risk management plan through the SOTMP disclosure session.

  e. Demonstrate management of identified risk areas as verified by clinical indicators.

  f. Must be compliant with any DOC psychiatric recommendations for medication which may enhance their ability to benefit from sex offense specific treatment.

  g. Demonstrate management of identified high risk factors. The offender does not display attitudes, behaviors, or risk factors that negatively impact his/her ability to be safely supervised in the community and does not present an undue risk to the community. Examples may include, but are not limited to, high degrees of traits associated with psychopathy, sadism and dynamic factors, or responsivity needs elevated to an unmanageable level.

H. Management of offenders with an identified sex offense on parole

1. In accordance with AR 250-48, *Management of Offenders with an Identified Sex Offense*, SOTMP will provide continuity of care information for SOTMP clients. The community liaison or SOTMP therapist will provide a continuity of care packet that will include a summary of treatment, STATIC99R score and corresponding tier, dynamic risk assessment and combined risk category.

2. For offenders with an identified sex offense who are not in SOTMP treatment upon release to parole, SOTMP will provide a release summary including information about the sex offense conviction and STATIC99R score along with the corresponding parole tier.

3. The community liaison will facilitate a continuity of care meeting as outlined in 250-48, *Management of Offenders with an Identified Sex Offense* for SOTMP participants. Facilitation of an in-reach meeting with community treatment providers and a representative from parole is encouraged when possible.

I. <u>Probation, Suspension, and Termination from Treatment</u>

| CHAPTER | SUBJECT | AR # | Page 8 |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 07/01/22 |

1. Offenders may be placed on a treatment probation contract if they are not adequately progressing in treatment or are not meeting program expectations. The intent of treatment probation is to provide the offender with opportunities, time frames, and requirements to meet program expectations. Offenders who do not successfully meet the conditions of the treatment probation contract may be suspended from group and recommended for termination.

2. Serious violations of the treatment contract may result directly in suspension from group without a period of probation.

3. Offender termination from SOTMP will be done in accordance with AR 700-32, *Sex Offender Review of Termination from Treatment*.

4. Offenders who voluntarily withdraw from treatment will submit a signed resignation letter or other written statement regarding their refusal to participate in treatment.

5. An offender who withdraws or is terminated from treatment for non-compliance may re-apply for treatment at any time through the SOTMP Return to Treatment Committee. Offenders will be asked to complete an assignment that addresses their treatment termination or refusal as part of the consideration for re-admission. All offenders must also meet the minimum requirements to be placed on the referral list outlined in section IV.E.1.

J. Clinical Training Program: The SOTMP clinical training coordinator will provide on-going training, mentoring, coaching, and support for Clinical Services employees. In order to enhance multi-disciplinary effectiveness and to facilitate continuity of care, training in the various areas of sex offender dynamics will be provided for correctional employees.

K. SOTMP Support Education Program

1. The Support Education Program is designed to help the offender's support person(s) become positive, informed support in an effort to assist the offender to be successful in treatment and in community transition. Research has established that offenders with a sex offense are more successful in the community when they have positive, informed support from individuals that have the following:

    a. Accurate knowledge of the offender's crime of conviction, history of prior criminal convictions, sexual offense history, and sexual deviancy behaviors;

    b. Accurate knowledge of the offender's methods of deception and manipulation, particularly as they apply to the positive, informed supporter;

    c. Accurate knowledge of rules and expectations as provided by the treatment provider and the parole officer;

    d. Awareness of the offender's potential victims;

    e. Awareness of the cycle, offense patterns, and early abuse signs;

    f. Familiarity with the offender's schedule and whereabouts;

    g. The ability to enhance and encourage application of the offender's treatment tools outside of the therapy setting;

    h. A working relationship with the treatment provider and the parole officer;

    i. The ability to acknowledge the seriousness of the offending behavior;

    j. The ability, skills, and tools to hold the offender accountable early in the onset of risky behaviors;

| CHAPTER | SUBJECT | AR # | Page 9 |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 07/01/22 |

    k.  Willingness to report non-compliance to the supervisory team.

2. The SOTMP Support Education Program is designed to facilitate positive, informed support as described above as well as:

   a. Assist the support person(s) to identify high risk behaviors and attitudes in the sexual offender and intervene before re-offense;

   b. Assist the support person(s) to understand and reinforce the sexual offender's participation and progress in treatment;

   c. Prepare the support person(s) for the sex offense specific therapist facilitated disclosure meeting in which the offenders with a sex offense discloses their sexual offense history, sexually deviant behavior, sex offense cycle, risk factors, risk management plan, safety plan, and methods of deception and manipulation particularly as they apply to each support person(s);

   d. Prepare and encourage the support person(s) to develop a cooperative working relationship with the treatment providers and community supervision team;

3. The following factors will be considered by the SOTMP team when determining whether a potential support person(s) will be approved:

   a. They are not currently under the jurisdiction of any court or criminal justice agency for a matter that the SOTMP team determines could impact their capacity to safely serve as an approved support person(s);

   b. They have no prior convictions. If they have ever been accused of interpersonally violent behavior, unlawful sexual behavior, or child abuse, information requested by the SOTMP team will be provided so that the team may assess the current impact on their capacity to serve as an approved support person(s);

   c. They do not participate in criminal activities;

   d. They have agreed to undergo a criminal history background check;

   e. They have no significant cognitive or intellectual impairment;

   f. They have no substance abuse or significant mental health problems;

   g. They have no significant health limitations that interferes with the ability to support the offender;

   h. They have adequately resolved any issues regarding a personal history of victimization;

   i. They have no history of the sex offender perpetrating domestic violence or any other form of victimization against them;

   j. They have not perpetrated domestic violence or any other form of victimization against the offender;

   k. They are not hostile toward systems designed to intervene;

   l. They are willing to maintain open communication with the treatment providers and parole officers and report offender behavior;

   m. They are willing to maintain the goal of "no more victims" and community safety;

| CHAPTER | SUBJECT | AR # | Page 10 |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | EFFECTIVE 07/01/22 |

      n. They do not participate in victim blaming;

      o. They are 21 years old or older.

4. Additional factors that will be considered include, but are not limited to:

      a. Participation in the Support Education Program;

      b. The ability to support the offender's change efforts;

      c. The ability to acknowledge the seriousness of the offending behavior;

      d. The ability to hold the offender accountable;

      e. The ability to support the treatment and supervision rules and requirements;

      f. The ability to remain positive while participating in the therapist facilitated disclosure meeting while receiving and reviewing the offender's risk management plan.

5. An approved support person(s) will not support more than one offender with a sex offense at a time unless it has been approved by the SOTMP administrator.

L. Continuous Quality Improvement: The SOTMP will work with the SOTMP Quality Management Program Coordinator to identify areas for improvement, to develop action plans for improvement of the identified areas, and to implement those action plans.

## V. RESPONSIBILITY

    A. The Chief of Behavioral Health and the SOTMP administrator will review this AR annually and update as necessary.
    B. The Assistant Director of Clinical Services will review this AR annually and update as necessary.

## VI. AUTHORITY

    A. C.R.S 16-11.7 through 107 ARTICLE 11.7 Standardized Treatment Program For Sex Offenders.
    B. C.R.S. 18-1.3-1001 through 18-1.3-1010. Sentencing in Criminal Cases.
    C. C.R.S. 16-22-101 through 16-22-115. Colorado Sex Offender Registration Act.
    D. Colorado Department of Public Safety, Division of Criminal Justice, Office of Domestic Violence & Sex Offender Management, Standards and Guidelines for the Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders.

## VII. HISTORY

December 1, 2019
October 1, 2018
July 1, 2018
April 15, 2017
March 15, 2017
June 15, 2016
April 1, 2014
April 1, 2011

April 1, 2010
April 1, 2009
November 1, 2008
November 1, 2007
November 1, 2006
November 1, 2005

ATTACHMENTS:

    A.  AR Form 100-01A, Administrative Regulation Implementation/Adjustments

ADMINISTRATIVE REGULATION
IMPLEMENTATION/ADJUSTMENTS

AR Form 100-01A (04/15/08)

| CHAPTER | SUBJECT | AR # | EFFECTIVE |
|---|---|---|---|
| Offender Health Services | Sex Offender Treatment and Monitoring Program | 700-19 | 07/01/22 |

(FACILITY/WORK UNIT NAME)_____  _____
WILL ACCEPT AND IMPLEMENT THE PROVISIONS OF THE ABOVE ADMINISTRATIVE REGULATION:

[ ] AS WRITTEN   [ ] NOT APPLICABLE   [ ] WITH THE FOLLOWING PROCEDURES TO ACCOMPLISH THE INTENT
OF THE AR

(SIGNED) _____ (DATE) _____
Administrative Head

Attachment A
Page 1 of 1