**COLORADO**
Department of Corrections

# SEX OFFENDER TREATMENT AND MONITORING PROGRAM

SOTMP TREATMENT CONTRACT

I. **AS A MEMBER OF THE SOTMP, I AGREE TO THE FOLLOWING TERMS AND CONDITIONS:**

    1. I understand and will abide by all rules and regulations established by the DOC and the SOTMP including the following major and basic rules:

    **Major Rules:** A violation of a major rule can seriously impact the safety and security of SOTMP participants and staff. These violations are serious and even a single instance may warrant suspension and termination. Violations include, but are not limited to:

        A. Use of drugs or alcohol or abuse of medication.
        B. Threats of physical harm or acts of violence.
        C. Racially inflammatory remarks.
        D. Physical sexual abuse or attempts to abuse others.
        E. Violation of confidentiality.

    **Basic Rules:**

| | |
|---|---|
| A. No COPD violations. | F. No stealing. |
| B. Maintain acceptable personal appearance. | G. No sexual contact with others. |
| C. Be punctual for all appointments and assignments. | H. No sexual acting out. |
| D. Respect others to include, but not limited to, their rights, boundaries, cultural and religious practices. | I. Maintain acceptable facility work assignment performance. |
| E. No physical horse playing. | J. Participate in all parts of the program. |

    2. I understand the SOTMP is highly structured and challenging. I also understand that the therapeutic techniques of intensive group therapy, use of therapeutic learning experiences and positive peer culture may be employed as approaches to help me solve my cognitive and behavioral problem areas. I understand that I will be expected to participate in all parts of the program. In addition to clinical staff, the SOTMP treatment team may include relevant work supervisors, instructors and correctional staff Information may be shared with relevant DOC staff without additional written consent.

        A. Since my family or support system will be important in my treatment process, I will be expected to inform them of treatment needs and risk and include them in my relapse prevention planning. My primary therapist will be involved with this process and the treatment team will approve members of my support team and their role in my treatment. I will be expected to share my sexual assault cycle and Risk Management Plan with my parole officer, family (support system), and/or community corrections center. I will be expected to invite family and/or community support persons to support education meetings. If I do not have a support person in the community, I will work with my primary therapist to identify, at a minimum, one individual as potential support, who if approved, can provide support for my risk management plan when released.

        B. I will be required to take psychological or other tests, which may include but are not limited to: drug and alcohol screening, tests assessing sexual interest or arousal, risk assessments, personality/cognitive assessments, and polygraph examinations.

        C. I understand that in order to meet criteria for successful progress in treatment I will be required complete a disclosure of my offense related sexual history relevant to identified risk areas as verified through either the sexual history polygraph process or other clinical indicators.

        D. I understand that while I have the right to refuse to answer polygraph questions that could result in self incrimination, the SOMB Standards explain that sex offense specific treatment for sex offenders shall: Require offenders to disclose all current sex offending behaviors and complete a full sex history disclosure. If it is verified that I have engaged in purposeful acts of non-cooperation or using "counter measures" to manipulate the results of a polygraph examination it may result in a recommendation for suspension and termination from treatment.

        E. I understand that I am not allowed to possess material that would stimulate or reinforce criminal or deviant sexual behavior or fantasy, such as, but not limited to, pornography or sexually explicit materials at any time. I will ask for help in determining what material is healthy and unhealthy. I will report my successes and failures in this regard to my therapists.

        F. I am aware that my incoming/outgoing mail (with the exception oflegal mail) may be opened and read and phone calls may be monitored.

        G. I understand that my willingness to discuss issues in group to include but not limited to: My behavior (in group, at work, etc.), information on my behavior from correctional reports (PSIR, disciplinary reports, chronological notes, performance plans etc.), and homework and assignments (including daily thoughts/interactions journal) will help the treatment team assess my participation and progress in the program and management of my risk factors.

        H. I will be held responsible for informing my primary therapist of all visits/visitors.

        I. I understand that while I am involved in the treatment program, participants are expected to treat one another with respect and maintain confidentiality. I understand that I am expected to provide respect to the other SOTMP participants. I understand that it

to personal issues of those also involved in the program. I understand that this responsibility regarding confidentiality continues even after I leave the program.

3. I understand that I am expected to fully participate in the SOTMP. I will display a willingness to work towards assertive, non- aggressive, communication with others. I will talk about my own thoughts, feelings and experiences and will be willing to be questioned about them. I will respect other participant's rights to talk about their thoughts, feelings and experiences. I will not threaten or ridicule others, nor will I use sexual or racial slurs. I also understand that due to the sensitive nature of sexual issues, I have an obligation to be considerate of others in their presentation of sexual issues. I recognize that this is a difficult process and that, as a participant in the treatment process, I have an obligation to show respect and support for others. I also understand that I will be expected to:

    A. Perform all work and treatment assignments given to me by the treatment program staff in a timely and satisfactory manner.

    B. Attend all groups, sessions, lectures/seminars and program activities as recommended by treatment program staff.

    C. Maintain conduct that is appropriate and positive, both within the treatment program complex and the institution at large (work, visiting room, hallways, yard, etc.).

    D. Assist the treatment program staff to develop and update my individualized treatment plan, and follow that plan.

    E. I will be expected to make my treatment in SOTMP a priority in my life. The treatment schedule is intensive, other education, personal projects and treatment programs may need to be postponed.

    F. I may be required to work in SOTMP assigned work areas and/or attend vocational classes as part of treatment.

4. I understand that while participating in SOTMP, my behavior, attitude, motivation and clinical treatment needs are subject to continual assessment. Staff may determine that my continued participation in the treatment program is not appropriate.

    A. I realize that if I withdraw, are suspended or terminated from this program, it will be documented in the working and departmental files, and the information will be made available to the parole board and community corrections board(s).

    B. I understand that I can be suspended or terminated from treatment based upon a recommendation by the SOTMP treatment team. Offenders may be terminated from the program due to contract violations, failure to progress in treatment, or failure to attend assigned program groups, sessions and activities. If the treatment team recommends suspension and termination, offenders will have the opportunity to present relevant information at a due process termination review before a final decision is made.

    C. I understand that my failure to attend all assigned program groups, sessions, and activities ( other than absences excused in advance by treatment staff) may result in my suspension and possible termination from the treatment program.

    D. I understand that I can be suspended and possibly terminated from the program for violating any of the major contract rules. Breaking other Basic rules or other contract violations may also lead to my suspension and possible termination. Suspension and termination are more likely the longer that I wait to ask for help and disclose any contract violation. Participants are encouraged to report any lack of success as soon as possible in order to establish healthy help seeking habits. If you continue to struggle with problems or motivation for treatment, it is your responsibility to contact your primary therapist. Don't wait until your problems become too difficult to handle or your participation in treatment gets worse. Your therapist can only help you with these issues if he/she knows your struggles.

    E. I understand a Class I COPD conviction will generally result in a recommendation for termination from treatment. Class II or III COPD conviction may also result in a recommendation for termination from treatment.

    F. I understand that if I am suspended from any component of the SOTMP I will be placed on suspension status. A team staffing will be scheduled to make a final recommendation regarding my program status.

    G. I will discuss issues regarding or impacting groups and/or group members that are discussed outside of group (whether between group members or between a group member and the therapists) in the next group session.

5. If I wish to withdraw from the SOTMP, I will be expected to inform the staff in writing and discuss my decision with staff.

## II. **IN ADDITION, SOTMP PARTICIPANTS WILL BE EXPECTED TO COMPLY WITH THE FOLLOWING CONDITIONS:**

1. You will have no contact with any victims of your sexually abusive/violent behavior unless approved in advance and in writing by the Sex Offender Treatment and Monitoring Program (SOTMP) Team. Contact includes but is not limited to: physical, visual, written, exchange of pictures and telephone contact. You also will not directly or indirectly encourage anyone else to have contact with any of your victims. If you wish to be considered for an exception, you must submit a written request to your primary therapist explaining the reasons you are requesting contact with your victim. You will not have contact with victim groups without the treatment teams consent. Such a request will be approved only after obtaining the support of the SOTMP Treatment Team and the SOTMP Administrator.

2. You will never use the last names of the victim(s) or anyone related to victims during any group discussions (victims are entitled to confidentiality).

3. You will not have contact with children under the age of 18, including your own children, unless approved in advance and in writing by your therapist. Therapists adhere to Sex Offender Management Board (SOMB) standards regarding sex offender contact with children. You may request to be clinically evaluated to determine if you meet criteria for contact. Such a request will be approved only after obtaining the support of the SOTMP Treatment Team and the SOTMP Program Administrator or designee. Contact with a child includes, but is not limited to: Visitation with a child, written and telephone communication with a child, sending a personal photograph to a child or receiving a personal photograph from a child, or sending messages to a child through a third party.

If you are currently visiting or are having other contact with a child, you will need to stop unless the contact has been approved by the SOTMP treatment team. You will need to work with your therapists to write a letter to the child's parent/guardian explaining this change. This letter will be shared with your primary therapist and perhaps your peers. After you receive feedback, you will give the letter and a stamped addressed envelope to the therapist who will mail it out. The therapist will include with your letter information which will help the people you have been having contact with to understand the basis for the no contact policy.

Clients who have been granted contact with their own children while on previous community supervision (Probation/Parole) may be approved to continue contact by the SOTMP after a review of written records from the previous Community Supervision Team.

4. You will not communicate or have contact, in person, in writing, by mail, by e-mail, by telephone or through a third party with any child under the age of 18 unless approved in advance and in writing by the prison or community provider. If you currently have a romantic or other personal relationship with an adult who has children, you will need to develop a safety plan that must be approved by your therapists. Your safety plan may include discontinuing the relationship.

5. You will not loiter near children in the visiting room or participate in volunteer activities that involve contact with children except under circumstances approved in advance and in writing by the SOTMP Team. Such exceptions will be approved only after obtaining the support of the SOTMP Treatment Team and the SOTMP Program Administrator or designee.

6. You will not possess, nor view, material that would stimulate or reinforce your criminal or deviant sexual behavior or fantasy, such as, but not limited to, pornography or sexually explicit materials at any time. You will not watch sexually provocative television shows, nor listen to music or watch other television shows that stimulate or reinforce criminal or deviant sexual behavior or fantasy. This includes visual, auditory, telephonic, or electronic media, and computer programs or services that stimulate your sexually deviant behavior or fantasy. You will not utilize "900" or adult telephone numbers, nor any other sex-related telephone numbers, nor make sexually provocative phone calls, nor create sexually provocative written statements.

7. You will comply with other special individualized conditions related to your sexual risk factors as identified by the SOTMP Team. This may include restricting you from high-risk situations and limiting access to potential victims.

8. You will comply with any DOC or State requirements for DNA testing, registration, assessment for Sexually Violent Predator/Community Notification (per Colorado Revised Statute 18-3- 414.5), and testing for and reporting of sexually transmitted infections including HIV.

9. You will not engage in inappropriate behaviors outside of group. This includes, but is not limited to: exposing yourself, sexual misconduct, sexual abuse, inappropriately touching yourself or others, telling sexual jokes, making cat calls or whistling at others, making sexual comments about others, writing romantic or love letters to staff, or placing personal ads seeking romantic relationships.

10. You will be compassionate and caring in your relationships with others. You will not be abusive nor excessively controlling towards members of your family, group members, therapists or others. You will not engage in acts of animal cruelty. You will not manipulate or attempt to intimidate people. You will not make threats to injure others. Any act of physical violence towards another generally will result in your suspension and termination.

11. If you are involved in, or in the past have been involved in, any type of mental health treatment by someone outside the Department of Corrections, you will sign a Release of Information so that we can openly communicate with that provider or agency.

12. You will inform your therapist of any significant events in your life such as deaths, parole plans, changes in relationships, marital status, DOC infractions, court actions, law enforcement, dependency and neglect petitions, compliance with medical treatment, etc.

13. You will comply with taking prescribed medications when it has been determined, after evaluation from a licensed provider, that medication may enhance your ability to benefit from treatment and/or reduce your risk of re-offense.

14. You will develop a Risk Management Plan which will be shared with your parole officer, approved community treatment provider, family (support system), or community corrections center or board. It will be shared with your support system through the SOTMP disclosure process.

15. If eligible you will actively seek and accept discretionary parole or community corrections. If you are a candidate for parole, you will submit your parole plans to your primary therapist and case manager for review and approval 60 days prior to your parole hearing. If you will be discharging your sentence, you will submit a discharge plan to your primary therapist 6 months prior to your discharge date.

16. The SOTMP believes that many SOTMP participants can be more safely returned to the community if they transition back into the community with treatment, support, and supervision. We believe community corrections placements and parole can assist with transition to the community. The SOTMP will inform the parole or community corrections board of your identified risk for sexual re-offense and status in regards to the following criteria for successful progress in treatment in prison:

   A. Participates and actively engages in recommended level of sex offense specific treatment as evidenced by a measured reduction in dynamic risk.
   B. Complete a disclosure of his or her offense related sexual history relevant to identified risk areas as verified through either the sexual history polygraph process, or other clinical indicators.
   C. Complete a comprehensive, written plan to manage ongoing risk areas and treatment needs. The plan must be approved by the SOTMP team.
   D. Have an approved support person or system who has participated in SOTMP Family Support Education. The support person/system will receive an approved copy of the client's written plan to manage on-going risk areas and treatment needs through their participation in an SOTMP therapist facilitated disclosure session.
   E. Demonstrate management of identified risk areas as verified by clinical indicators.
   F. Must be compliant with any CDOC psychiatric recommendations for medication which may enhance his or her ability to benefit from sex offense specific treatment.
   G. Demonstrate management of identified high risk factors. Client does not display attitudes, behaviors or risk factors that negatively impact his/her ability to be safely supervised in the community.

III. **RESPONSIBILITIES OF THE THERAPIST**

1. The treatment team will be responsible for keeping confidentiality within the following guidelines:

   A. Treatment information will be given to the correctional/support system. This includes: case managers, parole officers, Parole Board, community correction centers and boards, and other professionals who become responsible for providing for your mental health treatment. Information may also be released to probation or parole offices, the courts or other judicial entities when requested. The information may include: attendance, level of participation, motivation, relapse prevention information, information reported during polygraph examinations, PCC or Risk Management Plan, offense specific evaluation, risk factors, problem areas, treatment plan and summary, or general progress, and will not require additional written consent. Even after program completion, withdrawal or termination this information may be released without additional written consent.
   B. Under the provisions of Colorado's Constitutional Amendment for Crime Victims, victims may state whether they wish to be notified about any changes in the offender's status in the criminal justice system. By signing this contract, you agree to allow the victim, the victim advocate/therapist, the guardian of a child victim to be informed about your compliance with treatment and any changes in your treatment status (e.g. if you discontinue treatment, if you meet SOMB criteria for successful progress in prison

Case No. 22-cv-00588-SKC-NRN, Document 53-1 filed 06/26/23, USDC Colorado, pg 4 of 4

C. Treatment staff may make more specific notes on your progress in the SOTMP part of the Mental Health file.

D. Any information regarding situations that may result in injury to yourself or others, security issues such as escape planning, or that you may have committed a COPD violation or a crime while in the program may be reported to the appropriate authorities at the discretion of the SOTMP treatment team.

E. Therapists are legally required to report any abuse or neglect of a person who is a child. Any specific information indicating abuse or neglect of someone who is under the age of 18 must be reported to the Department of Social Services or law enforcement.

F. Participants will not have any rights to confidentiality with respect to other members of the treatment group. SOTMP participants who are assigned to facilities offering a treatment community will not have confidentiality rights with respect to other members of the treatment community. Withdrawal, suspension or termination from the SOTMP impacts the entire group or treatment community. The treatment staff may discuss the circumstances of any withdrawal, suspension or termination with the members of the group or treatment community.

G. On occasion, there will be individuals visiting facilities offering SOTMP treatment and attending group sessions. These visitors may include other mental health clinicians (from within DOC or from the community), students, parole officers, correctional staff, or other interested parties. These visitors will be instructed ahead of time to maintain confidentiality.

H. Videotapes are confidential and will not be released or shown to anyone who is not on the treatment team without additional written consent.

I. The goal of this program is "No more victims." In an effort to prevent further victimization, information regarding criminal patterns of behavior may be released to law enforcement. If you are suspected of committing a crime, treatment information may be shared with law enforcement officials for the purpose of providing public safety.

J. As the goal of the program is "No more victims", in an attempt to contribute to the advancement of knowledge about sex offenders and sex offense treatment, information which does not identify specific SOTMP participants may be used for program evaluation and research. Researchers may have access to name, DOC number and treatment information only for the purpose of conducting program evaluation and research which will not identify specific individuals.

2. The treatment staff is responsible for ensuring SOTMP participants are following the treatment contract and to recommend suspension and possible termination for those residents who fail to comply with treatment requirements or progress in treatment. Participants' behavior will be discussed and verified with correctional staff. The staff will write a final evaluation of offenders' participation in the program that will include treatment recommendations.

## IV. ACKNOWLEDGMENT

I have been informed and acknowledge that I have limited rights of confidentiality regarding my treatment in SOTMP. I have been informed that whatever I tell the Treatment Team is not privileged or private within the SOTMP. This includes all information about me and my past behavior as evidenced by my institutional file and other available sources. All SOTMP participant information may be discussed with other SOTMP participants.

Staff agrees to keep confidentiality within the guidelines outlined and limited by this contract. I understand that if any right of confidentiality or privilege of privacy exist or, subsequent to execution of this contract, are held to exist by statute or rule of law, I hereby waive any and all such rights as they apply to my treatment in the SOTMP.

I have been recommended for participation in the SOTMP. I understand that I have the right to refuse treatment. Although treatment is voluntary, there are certain privileges that are associated with compliance and participation with recommended programs. As sex offense specific treatment constitutes a recommended program, I realize that if I am terminated I will no longer qualify for certain privileges that are awarded based on participation in recommended programs. As a result, I may be reclassified to medium security or above; I may be subject to Loss of Privileges; I will be ineligible for full earned time credit; and I may have a reduced chance of being granted parole. The Treatment program employs a system of levels that provides the opportunity to earn or lose privileges such as, but not limited to: priority assignment to a single room.

I understand the SOTMP will inform the parole or community corrections board of my status in regard to the SOMB criteria for successful progress in treatment in prison. The criteria are dependent upon my treatment format which is determined by the length of my minimum sentence.

I have read, understand, and agree to all of the above. I understand that if I breech any condition of this contract that I may be assigned therapeutic learning experiences, lose community status level, lose privileges as explained above, be placed on probation, or be suspended, and possibly terminated from the program. The SOTMP has been explained to me and my questions pertaining to the program have been answered to my satisfaction.

**Enrollment Date:** 02/27/2023

AIGNER, BRIAN J. /186942
Feb 27, 2023 09:30:14 MST

Tracy Gremillion, Behavioral Health
Witness Signature
Feb 27, 2023 09:30:14 MST

Revised 12/06/2016